# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:11-CV-183-RLV-DCK

| | |
|---|---|
| CMH HOMES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>) |
| DARREN N. LONG, LEIGH ANN LONG, ELWOOD LOVELL, and MARK E. RANDOLPH, solely in his capacity as Substitute Trustee, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Substitute Susan Horton For Party Defendant Elwood Lovell" (Document No. 14) filed May 24, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Substitute Susan Horton For Party Defendant Elwood Lovell" (Document No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that Susan Horton, Executrix of the Estate of Elwood Lovell, deceased, is hereby substituted as defendant for Elwood Lovell, and that the substitution shall be hereafter shown in the title to this action.

Signed: May 24, 2012

David C. Keesler
United States Magistrate Judge